# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Lynn R. Shoen )<br>Attorney at Law, Bar No. 1197 )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:16-ms-0076<br><br>**ORDER OF SUSPENSION** |

On November 10, 2016, this Court entered an Order to Show Cause for Lynn R. Shoen, mailed via certified mail with a Certified Mail Return Receipt date of delivery of November 18, 2016. The Order to Show Cause provided Ms. Shoen with 30 days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Shoen. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Lynn R. Shoen, Nevada State Bar # 1197, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 29 day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 30th day of December, 2016, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Dale Edward Haley
    1810 E. Sahara Avenue, Suite 1312
    Las Vegas, NV 89104

Certified Mail No.:   7016 2070 0000 6879 7082

/s/
Deputy Clerk
United States District Court,
District of Nevada